HENRY CRONIN, an Infant, by THOMAS LEAHY, His Guardian ad Litem, Respondent, *v.* THE SOLVAY PROCESS COMPANY, Appellant.

*Cronin* v. *Solvay Process Co.*, 148 App. Div. 934, affirmed.
(Argued May 21, 1913; decided June 10, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 23, 1912, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Louis L. Waters* for appellant.

*R. J. Shanahan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, CHASE, CUDDEBACK, HOGAN and MILLER, JJ.